```
- - - - - - - - - - - - - - - - - - - -X
```

UNITED STATES OF AMERICA

    - against -                                  Cr. No. 06-616 (RJD)

FNU LNU,
    also known as "Thavarajah
    Pratheepan," "Raja
    Pratheepan," "Thambi
    Sampras" and "Steeban,"
MURUGESU VINAYAGAMOORTHY,
    also known as "Dr. Moorthy"
    and "Vinayagamoorthy Murugesu,"
VIJAYSHANTHAR PATPANATHAN,
    also known as "Chandru,"
GASPAR RAJ MARIA PAULIAN,
    also known as "Father Gaspar Raj,"
NAMASIVAYA VISWANATHAN,
    also known as
    "Visvanathan," and
NACHIMUTHU SOCRATES,

    Defendants.

```
- - - - - - - - - - - - - - - - - - - -X
```

Upon consideration of the application of Roslynn R. Mauskopf, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Robert M. Radick, dated May 3, 2007, it is hereby

ORDERED that the applications, orders and search warrants set forth on the attached list be unsealed.

Dated:    Brooklyn, New York
          May 7, 2007

                                    Kiyo A. Matsumoto

                                    THE HONORABLE KIYO A. MASTUMOTO
                                    UNITED STATES MAGISTRATE JUDGE
                                    EASTERN DISTRICT OF NEW YORK

RTF:RMR
F.#2006R01615

RECEIVED
In Chambers of:
U.S. Magistrate Judge
KIYO A. MATSUMOTO
MAY 07 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

VIJAYSHANTHAR PATPANATHAN,
    also known as "Chandru,"
LOGESWARAN KRISHNAMOORTHY,
    also known as "Logan,"
THILEEPAN PATPANATHAN, and
SUJEEPAN PATPANATHAN,

    Defendants.

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

SATHAJHAN SARACHANDRAN,
    also known as "Satha,"
SAHILAL SABARATNAM,
    also known as "Sahil" and
    "Shakil,"
THIRUTHANIKAN THANIGASALAM,
    also known as "Thani,"
NADARASA YOGARASA,
    also known as "Yoga," and
PIRATHEEPAN NADARAJAHN,
    also known as "Nada,"

    Defendants.

- - - - - - - - - - - - - - - - -X

UNSEALING ORDER

Cr. No. 06-606 (RJD)

Cr. No. 06-615 (RJD)