

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AK
F.#2006R01761

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 7, 2012

**By Hand and ECF**

Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Pratheepan Thavarajah
            Criminal Docket No. 06-616 (S-3)(RJD)

Dear Judge Dearie:

    The above-referenced defendant is currently scheduled for sentencing on June 12, 2012.  The government submits this letter to request a three-week adjournment of the filing deadlines for the defendant's and government's sentencing submissions.  Should the government's request be granted, the defendant's and government's submissions will be due on May 25 and June 1, 2012, respectively.  The defendant has no objection to this request.

                               Respectfully submitted,

                               LORETTA E. LYNCH
                               United States Attorney

                By:       /s/
                          Ali Kazemi
                          Assistant U.S. Attorney
                          (718) 254-6171

cc:  William Stampur, Esq. (via ECF and email)
     Michael Sporn, Esq. (via ECF and email)